**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| MANUEL GONZALEZ CORTEZ, | : | Case No. 1:25-cv-822 |
| | : | |
| Petitioner, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| | : | |
| ROBERT LYNCH, et al., | : | |
| | : | |
| Respondents. | : | |

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| **Jury Verdict.** | | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**: The Court declines to review Petitioner's detention-based claims due to failure to exhaust. Accordingly, the Court ORDERS the following:

1) The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE;

2) Respondent Richard K. Jones' Motion to Dismiss for Failure to State a Claim (Doc. 12) is DENIED AS MOOT; and

3) This matter is TERMINATED from the Court's docket.

Dated: January 12, 2026.                                    Richard W. Nagel, Clerk of Court
                                                                            By: */s/ Kellie A. Fields*
                                                                                 Deputy Clerk